ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

MATTHEW R. WATSON,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOE STATE FARM EMPLOYEE, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,

Defendants.

Case No.: 2:26-cv-00273-JAD-EJY

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**

IT IS HEREBY STIPULATED and AGREED between Plaintiff MATTHEW R. WATSON ("Plaintiff"), by and through his counsel, RICHARD HARRIS LAW FIRM, and Defendant STATE FARM MUTUAL FIRE AND CASUALTY COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiffs' claims and causes

/ / /

/ / /

/ / /

/ / /

/ / /

of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 5th day of October, 2026.

RICHARD HARRIS LAW FIRM

/s/ Dane Smith

ALBERTO CASTRO
Nevada Bar No. 14690
DANE SMITH
Nevada Bar No. 16002
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED this 5th day of October, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman

ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**ORDER**

Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

UNITED STATES DISTRICT COURT JUDGE
10-6-26